# EXHIBIT E

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 9-407-381

**Effective Date of Registration:**
July 01, 2024
**Registration Decision Date:**
July 09, 2024

## Title

        Title of Work: Anaconda Distribution and Associated Packages Release 2024.02-01

## Completion/Publication

       Year of Completion: 2024
   Date of 1st Publication: February 26, 2024
Nation of 1st Publication: United States

## Author

-           Author: Anaconda, Inc.
    Author Created: computer program
 Work made for hire: Yes
      Domiciled in: United States

## Copyright Claimant

   Copyright Claimant: Anaconda, Inc.
                    1108 Lavaca Street, Suite 110-645, Austin, TX, 78701

## Limitation of copyright claim

Material excluded from this claim: Third party computer programs

 New material included in claim: computer program

## Certification

                 Name: Jessica Reeves
                  Date: July 01, 2024
Applicant's Tracking Number: 077807-0001

**Correspondence:** Yes