UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ANACONDA, INC.<br><br>       Plaintiff,<br><br>  v.<br><br>DELL, INC.<br><br>       Defendant. | Civil Action No. 1:24-cv-1527<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Anaconda, Inc. and Defendant Dell, Inc. hereby notify the Court that the parties have reached an agreement in principle in this matter that settles all matters in controversy between the parties. The parties request that the Court stay this case for forty-five (45) days and toll the running of any existing deadlines, so that the parties may finalize the settlement agreement and submit appropriate dismissal papers.

The parties request this stay, not for the purpose of delay, but so that they may satisfy the terms of the settlement agreement and file dismissal papers without incurring additional expenses.

A proposed Order is attached for the Court's convenience.

Dated: February 4, 2025.

                                    Respectfully submitted,

                                    */s/ Karl Rupp*
                                    Karl Rupp
                                    State Bar No. 24035243
                                    **SOREY & HOOVER, LLP**
                                    100 N. 6^(TH) Street, Ste. 503
                                    Waco, Texas 76701
                                    Tel: (903) 230-5600
                                    Fax: (903) 230-5656
                                    krupp@soreylaw.com

        Matthew D. Vella
mvella@princelobel.com
Brian Seeve *(pro hac vice pending)*
bseeve@princelobel.com
Adam R. Doherty *(pro hac vice pending)*
adoherty@princelobel.com
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000

COUNSEL FOR PLAINTIFF


*/s/ Emily Fitzgerald*
Jared M. Slade (TX Bar No. 24060618)
Brady Cox (TX Bar No. 24074084)
Emily A. Fitzgerald (TX Bar No. 24097690)
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
Phone: (214) 922-3400
Fax: (214) 922-3899
jared.slade@alston.com
brady.cox@alston.com
emily.fitzgerald@alston.com

COUNSEL FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

On February 4, 2025 Karl Rupp, Counsel for Plaintiff and Emily Fitzgerald, Counsel for Defendant, conferred regarding entry of this Joint Motion to Stay All Deadlines and Notice of Settlement and both have agreed to the filing of this document.

*/s/ Karl Rupp*
Karl Rupp

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been delivered to all counsel of record via email on this 4th of February, 2025.

*/s/ Karl Rupp*
Karl Rupp