# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| ANACONDA, INC.<br><br>　　　Plaintiff,<br><br>v.<br><br>DELL, INC.<br><br>　　　Defendants. | Civil Action No. 1:24-CV-1527<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Anaconda, Inc. ("Plaintiff"), under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby provides notice that it dismisses all claims in this action WITH PREJUDICE. Pursuant to the negotiated settlement between the parties, each party agrees to bear their own legal fees and costs.

Dated: March 17, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Karl Rupp*
　　　　　　　　　　　　　　　　　　　Karl Rupp
　　　　　　　　　　　　　　　　　　　State Bar No. 24035243
　　　　　　　　　　　　　　　　　　　**SOREY & HOOVER, LLP**
　　　　　　　　　　　　　　　　　　　100 N. 6TH Street, Ste. 502
　　　　　　　　　　　　　　　　　　　Waco, Texas 76701
　　　　　　　　　　　　　　　　　　　Tel: (903) 230-5600
　　　　　　　　　　　　　　　　　　　Fax: (903) 230-5656
　　　　　　　　　　　　　　　　　　　krupp@soreylaw.com

　　　　　　　　　　　　　　　　　　　Matthew D. Vella
　　　　　　　　　　　　　　　　　　　mvella@princelobel.com
　　　　　　　　　　　　　　　　　　　Brian Seeve *(pro hac vice pending)*
　　　　　　　　　　　　　　　　　　　bseeve@princelobel.com
　　　　　　　　　　　　　　　　　　　Adam R. Doherty *(pro hac vice pending)*
　　　　　　　　　　　　　　　　　　　adoherty@princelobel.com
　　　　　　　　　　　　　　　　　　　**PRINCE LOBEL TYE LLP**
　　　　　　　　　　　　　　　　　　　One International Place, Suite 3700
　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　Tel: (617) 456-8000

　　　　　　　　　　　　　　　　　　　COUNSEL FOR PLAINTIFFS

1

2

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's CM/ECF service on this 17th day of March, 2025.

                        */s/Karl Rupp*